# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, | ) ) ) | |
| | ) | Case No.: 13-cv-9281 |
| Plaintiffs, | ) | |
| | ) | Judge: Jorge L. Alonso |
| v. | ) | |
| | ) | |
| BLACKWELL ENTERPRISES, INC., an Oklahoma corporation, | ) ) | |
| | ) | |
| Defendant | ) | |

## AGREED MOTION TO EXTEND STAY

NOW COMES Defendant Blackwell Enterprises, Incorporated ("Blackwell") and Plaintiffs Central States, Southeast and Southwest Areas Pension Fund; and Arthur H. Bunte, Jr., as Trustee ("Central States", together with Blackwell, the "Parties"), by and through their attorneys, for an Agreed Motion to Extend Stay. On September 28, 2015, counsel for Defendant submitted a letter to Chambers on behalf of the Parties requesting the relief sought herein. To ensure compliance with the Court's Local Rules, the Parties hereby submit that request through the instant motion. In support thereof, the Parties state as follows:

1.      This matter has been held in abeyance at the request of the Parties pending the outcome of *Michels Corp. v. Central States, Southeast & Southwest Areas Pension Fund*, which was on appeal to the U.S. Circuit Court of Appeals for the Seventh Circuit. On September 2, 2015, the Seventh Circuit issued its decision in the *Michels* case. The case was remanded to the district court on September 25, 2015 and a final judgment is expected shortly.

2.      Given the outcome of the *Michels* case, the Parties are currently exploring the possibility of settlement in this matter.   This matter is currently stayed until October 21, 2015. The Parties respectfully request that the case continue to be held in abeyance for at least 30 days after that date to allow for meaningful settlement discussions.  If settlement discussions are unsuccessful, the Parties will immediately notify the Court of their intention to proceed with the litigation.

3.      This motion is brought in good faith, will not prejudice any party herein, and is not brought for any improper purpose.

WHEREFORE, the Parties respectfully request that the Court extend the stay of the above-captioned litigation for a period of at least 30 days after October 21, 2015.

Dated:  October 2, 2015                                    Respectfully submitted,

/s/  Eric D. Field
_____
Eric D. Field (IL Bar No. 6255922)
Elizabeth A. Cyr (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: 202.887.4000
Facsimile:  202.778.4288
efield@akingump.com
ecyr@akingump.com

Robert S. Driscoll
WI State Bar ID No. 1071461
John H. Zawadsky
REINHART BOERNER VAN DEUREN S.C.
22 East Mifflin Street
Madison, WI 53703
Telephone: 608.229.2202
Facsimile: 608.229.2200
rdriscoll@reinhartlaw.com

Attorneys for Blackwell Enterprises, Inc.

with the consent of Andrew J. Herink
_____

Andrew J. Herink
CENTRAL STATES FUNDS LAW
DEPARTMENT
9377 West Higgins Road
Rosemont, Illinois 60018
Telephone:  847-518-9800

Attorney for Central States

## CERTIFICATE OF SERVICE

I, Eric D. Field, certify that on October 2, 2015, I caused a copy of the foregoing Agreed

Motion to Extend Stay to be filed electronically.  Said document was served electronically by the

Court's CM/ECF systems on all individuals listed on the electronic filing receipt.


/s/ Eric D. Field

Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: 202.887.4000
Facsimile:  202.778.4288
efield@akingump.com


Attorney for Blackwell Enterprises, Inc.