# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND; ) <br> and ARTHUR H. BUNTE, JR., as Trustee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLACKWELL ENTERPRISES, INC., ) <br> an Oklahoma corporation, ) <br> ) <br> Defendant ) | Case No.: 13-cv-9281 <br><br> Judge: Jorge L. Alonso |

## NOTICE OF MOTION

TAKE NOTICE that on Thursday, October 8, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Central States, Southeast and Southwest Areas Pension Fund; and Arthur H. Bunte, Jr., as Trustee (collectively "Central States"), and Blackwell Enterprises, Inc. ("Blackwell") will appear before the Honorable Judge Alonso, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1700, Chicago, Illinois 60604 or such other Judge as may be sitting in his stead, and then and there present the attached Agreed Motion to Extend Stay.

Dated: October 2, 2015                                Respectfully submitted,

/s/ Eric D. Field
Eric D. Field (IL Bar No. 6255922)
Elizabeth A. Cyr (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000

Facsimile: 202.778.4288
efield@akingump.com
ecyr@akingump.com

Robert S. Driscoll
WI State Bar ID No. 1071461
John H. Zawadsky
REINHART BOERNER VAN DEUREN S.C.
22 East Mifflin Street
Madison, WI 53703
Telephone: 608.229.2202
Facsimile: 608.229.2200
rdriscoll@reinhartlaw.com

Attorneys for Blackwell Enterprises, Inc.


with the consent of Andrew J. Herink
Andrew J. Herink
CENTRAL STATES FUNDS LAW DEPARTMENT
9377 West Higgins Road
Rosemont, Illinois 60018
Telephone: 847-518-9800
aherink@centralstatesfunds.org

Attorney for Central States

# CERTIFICATE OF SERVICE

      I, Eric D. Field, certify that on October 2, 2015, I caused a copy of the foregoing Notice of Motion to be filed electronically. Said document was served electronically by the Court's CM/ECF systems on all individuals listed on the electronic filing receipt.

/s/ Eric D. Field
Eric D. Field
IL State Bar No. 6255922
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.778.4288
efield@akingump.com

Attorney for Blackwell Enterprises, Inc.