**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 13-cv-9281 |
| v. ) ) | Judge: Jorge L. Alonso |
| BLACKWELL ENTERPRISES, INC., ) an Oklahoma corporation, ) ) | Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. ) | |

**PLAINTIFFS' AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Fund") and Arthur H. Bunte, Jr., one of its trustees, hereby move this Court for entry of a Consent Judgment. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on December 30, 2013, seeking to collect withdrawal liability from Defendant, Blackwell Enterprises, Inc. ("Blackwell"), after Blackwell effected a complete withdrawal from the Fund pursuant to 29 U.S.C. § 1383. (Dkt No. 1.)

2. Defendant filed its Answer to Plaintiffs' Complaint on March 21, 2014. (Dkt No. 19.)

3. Plaintiffs and Defendant have now agreed to the terms of a Consent Judgment.

[Motion continues on next page.]

**WHEREFORE**, the parties respectfully request that this Court enter the Consent Judgment, which is attached hereto as Exhibit A.

Date: November 14, 2016

Respectfully submitted,

*/s/ Andrew J. Herink*
Andrew J. Herink (ARDC #6303510)
Attorney
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, IL 60018-4938
(847) 939-2458
aherink@centralstatesfunds.org

Counsel for Plaintiffs

*/s/ with consent of Eric D. Field*
Eric D. Field
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4146
efield@akingump.com

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I, Andrew J. Herink, one of the attorneys for Plaintiffs, certify that on November 14, 2016, I caused the foregoing *Agreed Motion for Entry of Consent Judgment* and Exhibit A thereto to be filed electronically. Those filings were served on all parties via the Court's electronic filing system.

*/s/ Andrew J. Herink*
Andrew J. Herink (ARDC #6303510)
Attorney
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, IL 60018-4938
(847) 939-2458
aherink@centralstatesfunds.org

November 14, 2016         Counsel for Plaintiffs