# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> BLACKWELL ENTERPRISES, INC., an Oklahoma corporation, <br><br> Defendant. | Case No.: 13-cv-9281 <br><br> Judge: Jorge L. Alonso <br><br> Magistrate Judge: Jeffrey T. Gilbert |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, November 17, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Jorge L. Alonso, Judge of the United States District Court for the Northern District of Illinois, Courtroom 1219, located at 219 South Dearborn Street, Chicago, Illinois, or such other judge as may be sitting in his stead, and present the *Plaintiffs' Agreed Motion for Consent Judgment.*

Respectfully submitted,

*/s/Andrew J. Herink*
Andrew J. Herink (#6303510)
Attorney for Plaintiffs
Central States Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018
Telephone: (847) 939-2458
Fax: (847) 518-9797
aherink@centralstatesfunds.org

Date: November 14, 2016

## **CERTIFICATE OF SERVICE**

      I, Andrew J. Herink, attorneys for Plaintiffs, certify that on November 14, 2016, I caused the foregoing Notice of Motion to be filed electronically. The filing was served on all parties via the Court's electronic filing system.

      */s/Andrew J. Herink*
Andrew J. Herink (ARDC #6303510)
CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road
Rosemont, IL 60018
aherink@centralstatesfunds.org
(847) 939-2458 (phone)
(847) 518-9797 (fax)

November 14, 2016      ATTORNEY FOR CENTRAL STATES